IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANWAR RANDLE,

    Plaintiff,

v.

RON VITALE, et al.,

    Defendants.                         Case No. 09-CV-535-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 19, 2010, judgment is entered in favor of defendant, **DR. SANTOS** and against plaintiff, **ANWAR RANDLE.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 9, 2010, judgment is entered in favor of the defendant, **DR. SHAH** and against plaintiff, **ANWAR RANDLE**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 24, 2010, judgment is entered in favor of defendants, **BRUCE MORRISON, RON VITALE, HOLTMANN, (sued herein as Curtis Hoffman), MARVIN BATEMAN, C/O PAYNE, S. RODGERS, JAMES DAVIDSON, C/O GOODMAN, ILLINOIS DEPARTMENT OF CORRECTIONS and ILLINOIS PRISONER REVIEW BOARD,** and against plaintiff, **ANWAR RANDLE**. This case is **DISMISSED with prejudice** in its entirety. Each party shall bear their own costs.------------------------------------------------------------------------------------------------

                                       **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                       **BY:**        **/s/*Sandy Pannier*
                                                               **Deputy Clerk**

Dated: October 20, 2010

                        David R. Herndon
                        2010.10.20
APPROVED:       11:42:33 -05'00'
          CHIEF JUDGE
          U. S. DISTRICT COURT